**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WASHINGTON TOWNSHIP INDEPENDENT SCHOOL DISTRICT | : No. 364 MAL 2020 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the |
| | : Commonwealth Court |
| | : |
| PENNSYLVANIA STATE BOARD OF EDUCATION | : |
| | : |
| | : |
| | : |
| PETITION OF:  DOVER AREA SCHOOL DISTRICT | : |
| | : |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.